IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| ROBERT RAZZANO and<br>BARBARA RAZZANO | ) |  |
|---|---|---|
| Plaintiffs, | ) |  |
| v. | ) | Civil No. 17-1046 |
| JOHN SARANDREA and THE NEW<br>CASTLE AREA SCHOOL DISTRICT, | ) |  |
| Defendants. | ) |  |

## ORDER

AND NOW, this 6th day of January, 2020, upon consideration of the New Castle Area School District's "Motion for Certification of Court's December 23, 2019 Order Granting Defendant New Castle School Area School District's Motion for Summary Judgment as Final Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure" and Brief in Support to said Motion (ECF Nos. 93 & 94), and Plaintiffs' Opposition to said Motion (ECF No. 96), it is hereby ORDERED that The New Castle Area School District's Motion is DENIED without prejudice.

An initial pretrial conference in this matter is set for March 12, 2020. The Court hereby directs the parties to confer regarding the feasibility of mediation prior to the conference. The Court strongly suggests that The New Castle Area School District be included and participate in such discussion.

                                                        *s/Marilyn J. Horan*
                                                        Marilyn J. Horan
                                                        United States District Judge