IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT RAZZANO and<br>BARBARA RAZZANO<br><br>    Plaintiffs,<br><br>           v.<br><br>JOHN SARANDREA and THE NEW<br>CASTLE AREA SCHOOL DISTRICT,<br><br>    Defendants. | Civil No. 17-1046 |

## ORDER

Before the Court is Plaintiffs' Motion to Compel Defendants' Compliance with Federal Rule of Civil Procedure 26(a)(1)(A)(iv), seeking from Defendants the identities of all applicable insurance carriers. ECF No. 100. John Sarandrea's Response indicates that he concedes that he must comply with the Rule. His counsel is in the process of obtaining a certified copy of the insurance policy issued to the New Castle Area School District and will provide it to Plaintiffs' counsel upon receipt. ECF No. 110 at ¶ 2. Mr. Sarandrea further states that he "is being defended pursuant to said policy" and "is not being defended in this case under any other insurance policy." ECF No. 110.

The New Castle Area School District has filed a Response and Sur-Reply opposing Plaintiffs' Motion, and maintaining it has no further obligations in this matter. ECF Nos. 102 & 105. The Court notes that in accordance with Rule 54(b), Summary Judgment was entered as to fewer than all the claims and parties. Accordingly, Summary Judgment did not end the action as to any of the claims or parties. All parties are still actively in this case. To the extent that The New Castle School District failed to comply with its obligation under Rule 26(a)(1)(A)(iv) to

provide the identities of applicable insurance carriers, Plaintiffs are entitled to such information, if it is necessary and not readily available by other means.

Accordingly, the following Order is hereby entered.

AND NOW, this 23rd day of March, 2020, Plaintiffs' Motion to Compel Defendants' Compliance with Federal Rule of Civil Procedure 26(a)(1)(A)(iv) is GRANTED. Defendants John Sarandrea and The New Castle School District are hereby ORDERED to fully comply with their obligations under Federal Rule of Civil Procedure 26(a)(1)(A)(iv).

*s/Marilyn J. Horan*
Marilyn J. Horan
United States District Judge
